USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

-against-

ANDREW PEREZ,

                **Defendant.**

----------------------------------------------------------------X

17-CR-00251 (RA)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    IT IS HEREBY ORDERED that the defendant shall appear for a change of plea hearing and sentencing on Tuesday, March 3, 2020, at 4:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 31, 2020
               New York, New York