USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ANDREW PEREZ,

Defendant.

No. 17-CR-251 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of Andrew Perez's continued participation in the Young Adult Opportunity Program, time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) to April 30, 2020.

SO ORDERED.

Dated: March 3, 2020
New York, New York

Ronnie Abrams
United States District Judge