USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
: 17-CR-00251 (RA)-7
UNITED STATES OF AMERICA, :
: ORDER
-v- :
:
:
ANDREW PEREZ, :
:
Defendant. :
:
-------------------------------------------------- X

SARAH NETBURN, Magistrate Judge:

A telephone conference is scheduled for Thursday, April 30, 2020, at 10:30 a.m. to discuss the status of of this case. At that time, the parties should call (877) 402-9757 and enter access code 7938632.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 29, 2020
New York, New York