```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-                                        17-CR-00251 (RA) -7

**ANDREW PEREZ,**                                              **ORDER**

                              **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      IT IS HEREBY ORDERED that a change of plea hearing and sentencing is scheduled in this case for Tuesday, June 2, 2020, at 2:30 p.m. The conference will be hosted on Skype for Business. A video link will be distributed by email to counsel. The public may access the audio feed of the conference by calling (877) 402-9757 and using access code 7938632#.

**SO ORDERED**.

                                                          _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:       May 27, 2020
                 New York, New York